**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Sean L. Litteral (State Bar No. 331985)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Tel: (925) 300-4455
Fax: (925) 407-2700
ltfisher@bursor.com
slitteral@bursor.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY BALISTRERI and TONY MICHEL, individually, and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MCCORMICK & COMPANY, INC.,<br><br>Defendant. | Case No: 5:22-cv-349-EJD<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

Upon consideration of Plaintiffs' Administrative Motion to Consider Whether Cases Should be Related, **IT IS HEREBY ORDERED** that:

Plaintiffs' motion is **GRANTED**.

1. The *Dang* Action is deemed related to the *Balistreri* Action.

2. The *Dang* Action will be reassigned to the Honorable Edward J. Davila for all further proceedings.

**IT IS SO ORDERED:**

Dated: March 1, 2022            By: _____
                                  Hon. Edward J. Davila
                                  United States District Judge