| | |
|---|---|
| **BURSOR & FISHER, P.A.**<br>  L. Timothy Fisher (Bar No. 130950)<br>  ltfisher@bursor.com<br>  Sean L. Litteral (Bar No. 331985)<br>  slitteral@bursor.com<br>1990 North California Blvd., Suite 940<br>Walnut Creek, CA 94596<br>Telephone: (925) 300-4455<br>Facsimile: (925) 407-2700<br><br>**SHUB LAW FIRM LLC**<br>  Jonathan Shub (Bar No. 237708)<br>  jshub@shublawyers.com<br>134 Kings Highway E, 2nd Floor<br>Haddonfield, NJ 08033<br>Telephone: (856) 772-7200<br>Facsimile: (856) 210-9088<br><br>[Additional Counsel Listed On Signing Page]<br><br>*Attorneys for Plaintiffs and the Class* | **QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP**<br>  Shon Morgan (Bar No. 187736)<br>  shonmorgan@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Telephone:   (213) 443-3000<br>Facsimile:    (213) 443-3100<br><br>  Haihang Wang (Bar No. 339727)<br>  haihangwang@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone:   (415) 875-6600<br>Facsimile:    (415) 875-6700<br><br>*Attorneys for Defendant*<br>McCORMICK & COMPANY, INC. |

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**UNITED STATES DISTRICT COURT<br>FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BALISTRERI, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>McCORMICK & COMPANY, INC.,<br><br>        Defendant. | CASE NO. 5:22-cv-00349-EJD<br><br>**JOINT STIPULATED REQUEST AND [~~PROPOSED~~] ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES**<br><br>*AS MODIFIED*<br>The Hon. Edward J. Davila |

Case No. 5:22-cv-00349-EJD
JOINT STIPULATED REQUEST AND [PROPOSED] ORDER FOR CONTINUANCE OF CASE MANAGEMENT
CONFERENCE AND ASSOCIATED DEADLINES

Pursuant to this Court's Order (ECF No. 9) and Local Rules 6-2 and 7-12, the parties stipulate and declare as follows:

WHEREAS, the actions entitled *Balistreri v. McCormick & Company, Inc.*, No. 5:22-cv-00349 (N.D. Cal.) and *Dang v. McCormick & Company, Inc.*, No. 5:22-cv-00657-BLF (N.D. Cal.) (collectively the "Actions") were filed in the Northern District of California on January 18, 2022 and February 1, 2022 respectively;

WHEREAS, the Court ordered the consolidation of the actions on March 1, 2022 (ECF No. 18);

WHEREAS, plaintiffs will have until March 31, 2022, to file their consolidated complaint, and defendants will have until April 30, 2022, to answer or otherwise respond to the complaint (ECF No. 18);

WHEREAS, the parties have not sought any extensions since the Court consolidated the cases;

WHEREAS, a Case Management Conference is currently scheduled for April 14, 2022 in San Jose, Courtroom 4, 5th Floor, at 10:00 a.m., and a Joint Case Management Statement is due by April 4, 2022 (ECF No. 9);

WHEREAS, in the interest of efficiency the parties agree the continuance of the Case Management Conference is warranted in light of the anticipated filing of the amended complaint and defendants' anticipated motion to dismiss;

WHEREAS, this request is made in good faith and not for the purposes of delay or any improper purpose;

NOW, THEREFORE, THE PARTIES STIPULATE AND REQUEST that: The Case Management Conference be continued to June 9, 2022 (the anticipated noticed hearing date for defendant's motion to dismiss), the Case Management Statement be due by May 30, 2022, and that all deadlines associated with the April 14, 2022, Case Management Conference be vacated.

1  DATED: March 24, 2022         QUINN EMANUEL URQUHART &
2                                SULLIVAN, LLP
3
4                                By    /s/ *Shon Morgan*
                                     Shon Morgan
5                                    *Attorneys for Defendant*

1 | DATED: March 24, 2022          SHUB LAW FIRM LLC

By    /s/ *Jonathan Shub*
    Jonathan Shub (Bar No. 237708)
    134 Kings Highway E, 2nd Floor
    Haddonfield, NJ 08033
    Telephone: (856) 772-7200
    Facsimile: (856) 210-9088
    Email: jshub@shublawyers.com

    L. Timothy Fisher (Bar No. 130950)
    Sean L. Litteral (Bar No. 331985)
    BURSOR & FISHER, P.A.
    1990 North California Blvd., Suite 940
    Walnut Creek, CA 94596
    Telephone: (925) 300-4455
    Facsimile: (925) 407-2700
    Email: ltfisher@bursor.com; slitteral@bursor.com

    Lori G. Feldman (*pro hac vice*)
    George Gesten McDonald PLLC
    102 Half Moon Bay Drive
    Croton on Hudson, NY 10250
    Telephone: (917) 983-9321
    Fax: (888) 421-4173
    Email: LFeldman@4-Justice.com

    Michael Liskow
    Calcaterra Pollack LLP
    1140 Avenue of the Americas, 9th Floor
    New York, NY 10036-5803
    Telephone: (212) 899-1761
    Email: mliskow@calcaterrapollack.com

    *Attorneys for Plaintiffs and the Class*

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1, I hereby attest that concurrence in the filing of this document has been obtained from each of the other Signatories.

Dated: March 24, 2022

*/s/ Shon Morgan*
Shon Morgan

-4-   Case No. 5:22-cv-00349-EJD
JOINT STIPULATED REQUEST AND [PROPOSED] ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES

1                              **[~~PROPOSED~~] ORDER**

2       Before the Court is the parties' stipulated request to continue the Case Management

3  Conference and associated deadlines. The Court has considered the stipulation, found good cause, and

4  hereby ORDERS as follows: The Case Management Conference is hereby continued to ~~June 9, 2022,~~ July 14, 2022

5  at 10:00 a.m., and the Case Management Statement must be filed by no later than ~~May 30, 2022~~ July 1, 2022. All

6  deadlines associated with the April 14, 2022 Case Management Conference, are hereby vacated.

8       PURSUANT TO STIPULATION, IT IS SO ORDERED.

9       DATE: ___March 25, 2022___

10                                             The Hon. Edward J. Davila