UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KELLY BALISTRERI, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> MCCORMICK & COMPANY, INC., <br><br> Defendant. | Case No.   5:22-cv-00349-EJD <br><br> **ORDER SETTING DEADLINES FOR AMENDING PLEADINGS AND CLASS CERTIFICATION MOTION; CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

The Court has reviewed the parties' Joint Case Management Statement ("Statement") and orders as follows:

1. The parties shall abide by the schedule set forth in paragraph XVIII of the Statement.

2. The initial case management conference scheduled for July 14, 2022 is tentatively continued to 10:00 a.m. on December 15, 2022. The parties' updated joint statement is due December 5, 2022.

**IT IS SO ORDERED.**

Dated:  July 1, 2022

EDWARD J. DAVILA
United States District Judge

Case No.: 5:22-cv-00349-EJD
ORDER SETTING DEADLINES FOR AMENDING PLEADINGS . . .
1