1  **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
2    Shon Morgan (Bar No. 187736)
  shonmorgan@quinnemanuel.com
3  865 South Figueroa Street, 10th Floor
4  Los Angeles, CA 90017
Telephone:    (213) 443-3000
5  Facsimile:    (213) 443-3100

6    Haihang Wang (Bar No. 339727)
  haihangwang@quinnemanuel.com
7  50 California Street, 22nd Floor
8  San Francisco, CA 94111
Telephone:    (415) 875-6600
9  Facsimile:    (415) 875-6700

10  *Attorneys for Defendant*
11  McCORMICK & COMPANY, INC.

12  **UNITED STATES DISTRICT COURT**
13  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
14  **SAN JOSE COURTHOUSE**

| | |
|---|---|
| In re: McCORMICK & COMPANY LITIGATION | MASTER FILE NO. 5:22-CV-00349-EJD<br><br>**DEFENDANT McCORMICK & COMPANY'S STATEMENT OF RECENT DECISION**<br><br>The Hon. Edward J. Davila<br><br>Date: October 20, 2022 **[VACATED]**<br>Time: 9:00 a.m.<br>Courtroom 4, 5th Floor |

15
16
17
18
19
20
21
22
23
24
25
26
27
28

1    Defendant McCormick & Co., Inc. respectfully submits this Statement of Recent Decision
2 pursuant to Civil Local Rule 7-3(d)(2) in connection with its Reply to Plaintiffs' Opposition to Motion
3 to Dismiss, ECF No. 38 at 11:18-12:17.  The underlying motion was set for hearing before this Court
4 on October 20, 2022 before being vacated for decision on the papers earlier today.

5    Attached as **Exhibit A** is a copy of *Guzman v. Polaris Indus. Inc.*, 49 F.4th 1308 (9th Cir.
6 Sept. 29, 2022).  In this decision, issued after McCormick's reply was submitted, the Ninth Circuit
7 held that a consumer, whose claim for monetary damages under the Consumer Legal Remedies Act
8 was time-barred, had an adequate remedy at law for damages, precluding equitable relief in federal
9 court.

10 DATED:  October 17, 2022        QUINN EMANUEL URQUHART &
                                   SULLIVAN, LLP



                                   By  */s/ Shon Morgan*
                                      Shon Morgan
                                      *Attorneys for Defendant* McCORMICK &
                                      COMPANY, INC.