Kevin Laukaitis (Admitted pro hac vice)
LAUKAITIS LAW FIRM LLC
737 Bainbridge Street, #155
Philadelphia, PA 19147
Phone: (215) 789-4462
Email: klaukaitis@laukaitislaw.com

***Attorneys for Plaintiffs***
***and the putative class***

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re: MCCORMICK & COMPANY LITIGATION** | Case No. 5:22-CV-00349-EJD <br><br> **NOTICE OF CHANGE OF ADDRESS** <br><br><br> Honorable Edward J. Davila |

**TO ALL PARTIES HEREIN, THEIR ATTORNEYS OF RECORD, AND THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** that Kevin Laukaitis, Esq. is no longer affiliated with Shub Law Firm LLC. Mr. Laukaitis' new contact information is below:

Kevin Laukaitis
LAUKAITIS LAW FIRM LLC
737 Bainbridge Street, #155
Philadelphia, PA 19147
Phone: (215) 789-4462
Email: klaukaitis@laukaitislaw.com

Laukaitis Law Firm LLC, with co-counsel of record, will continue to represent Plaintiffs in this action. Please direct all correspondence to Mr. Laukaitis at his new firm.

Dated: January 3, 2023                    Respectfully Submitted:

                                          */s/ Kevin Laukaitis*
                                          Kevin Laukaitis (Admitted pro hac vice)
                                          LAUKAITIS LAW FIRM LLC
                                          737 Bainbridge Street, #155
                                          Philadelphia, PA 19147
                                          Phone: (215) 789-4462
                                          Email: klaukaitis@laukaitislaw.com

                                          ***Attorneys for Plaintiffs***
                                          ***and the putative class***

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of January 2022, I served the foregoing document upon all parties of record in this proceeding via the Court's ECF system.

Dated: January 3, 2023                    */s/ Kevin Laukaitis*
                                          Kevin Laukaitis

NOTICE OF CHANGE OF ADDRESS

Case No. 5:22-CV-00349-EJD