| | |
|---|---|
| **QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>  Shon Morgan (Bar No. 187736)<br>  shonmorgan@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Telephone:     (213) 443-3000<br>Facsimile:     (213) 443-3100<br><br>*Attorneys for Defendant*<br>McCORMICK & COMPANY, INC. | |

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE COURTHOUSE**

| | |
|---|---|
| In re: McCORMICK & COMPANY LITIGATION | MASTER FILE NO. 5:22-CV-00349-EJD<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE OF ATTORNEY HAIHANG WANG**<br><br>The Hon. Edward J. Davila |

| | |
|---|---|
| 1 | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| 2 | By this notice, defendant McCormick & Company, Inc. notifies the Court that Haihang Wang |
| 3 | is no longer counsel for defendant in this action. Mr. Wang was previously admitted to represent |
| 4 | defendant as an associate of the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel of |
| 5 | record for defendant. Mr. Wang will be departing from Quinn Emanuel Urquhart & Sullivan, LLP at |
| 6 | the end of this week. Shon Morgan of Quinn Emanuel Urquhart & Sullivan, LLP continues to act as |
| 7 | counsel of record for defendant. |
| 8 | Accordingly, it is hereby requested that the Court remove Mr. Wang's name and e-mail |
| 9 | address from the service list that is on file with the Court in this action. |

DATED: August 22, 2023

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ Shon Morgan*
Shon Morgan
*Attorneys for Defendant* McCORMICK & COMPANY, INC.