**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com

*Attorneys for Plaintiffs and the Proposed Classes*

[Additional Counsel Listed on Signature Page]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: McCORMICK & COMPANY LITIGATION | Case No.: 5:22-CV-00349-EJD **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(I)** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

Plaintiffs Kelly Balistreri, Tony Michel, Tam Dang, Lance Snead, Frank Ortega, Hollie Pour, and Jason Jordan voluntarily dismiss their claims without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).  The Parties anticipate filing a dismissal with prejudice in approximately 30 days.

Dated: April 29, 2024                          **BURSOR & FISHER, P.A**.

By:  ___/s/ *L. Timothy Fisher*_____

L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com

Kevin Laukaitis*
**LAUKAITIS LAW FIRM LLC**
954 Avenida Ponce De León
Suite 205, #10518
San Juan, Puerto Rico 00907
Phone: (215) 789-4462
Email: klaukaitis@laukaitislaw.com

Jonathan Shub (SBN 237708)
**SHUB & JOHNS LLC**
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
West Conshohocken, PA 19428
T: 610-477-8380
jshub@shublawyers.com

Gary E. Mason*
Danielle L. Perry (SBN 292120)
**MASON LLP**
5335 Wisconsin Avenue NW, Suite 460
Washington, DC 20015
Tel: (202) 640-1168
gmason@masonllp.com
dperry@masonllp.com

Lori G. Feldman*
**GEORGE FELDMAN MCDONALD PLLC**
102 Half Moon Bay Drive

Croton-on-Hudson, New York 10520
Tel: 917-983-9321
lfeldman@4-justice.com
eservice@4-justice.com

David J. George*
Brittany L. Brown*
**GEORGE FELDMAN MCDONALD, PLLC**
9897 Lake Worth Road, Suite #302
Lake Worth, FL 33467
Tel: (561) 232-6002
dgeorge@4-justice.com
bbrown@4-justice.com
eservice@4-justice.com

Janine L. Pollack*
Michael Liskow (State Bar No. 243899)
**GEORGE FELDMAN MCDONALD, PLLC**
745 Fifth Avenue, Suite 500
New York, NY 10151
Tel: (917) 983-2707
jpollack@4-justice.com
mliskow@4-justice.com

*Pro Hac Vice Application Forthcoming*

*Attorneys for Plaintiffs and the Proposed Classes*